IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| COMMONWEALTH PROPERTY ADVOCATES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST HORIZON LOAN CORPORATION, et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION<br><br>Case No. 2:09-CV-1145 TS |

For substantially the same reasons stated by the Court in other cases involving Plaintiff,[1] the Court finds that it lacks subject matter jurisdiction over Plaintiff's Complaint. It is therefore

ORDERED that this case is DISMISSED for lack of subject matter jurisdiction. The Clerk of the Court is directed to close this case forthwith.

---

[1] *Commonwealth Property Advocates v. JP Morgan Chase Bank, et al.*, 2:09-CV-1099 TC; *Commonwealth Property Advocates v. JP Morgan Chase Bank, et al.*, 2:09-CV-1138 CW; *Commonwealth Property Advocates v. OneWest Bank, et al.*, 2:09-CV-1148 CW.

1

DATED   April 15, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge